**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT MARYLAND**
(Southern Division)

| | |
|---|---|
| DONALD J. CALLENDER )<br>1020 PRINCE FREDERICK BLVD. STE. 302 )<br>PRINCE FREDERICK MARYLAND  20678 )<br>)<br>And )<br>)<br>CONVERGENCE MANAGEMENT )<br>ASSOCIATES LLC d/b/a CONVERGEX )<br>CARIBBEAN LTD. )<br>1020 PRINCE FREDERICK BLVD. STE. 302 )<br>PRINCE FREDERICK MARYLAND  20678 )<br>)<br>      Plaintiffs, )<br>)<br>  v. )<br>)<br>DOUGLAS ANTHES )<br>11166 WEST MANZANITA DRIVE )<br>PEORIA, ARIZONA  85345 )<br>)<br>And )<br>)<br>DREAMER'S ENTERTAINMENT CLUB LLC )<br>c/o DOUGLAS ANTHES )<br>11166 WEST MANZANITA DRIVE )<br>PEORIA, ARIZONA  85345 )<br>)<br>      Defendants. )<br>) | 14:cv-00121 DKC |

**NOTICE OF APPEARANCE**

This matter having been removed to this Court from the Calvert County Circuit Court state of Maryland on January 15, 2014 by the defendants the undersigned hereby enters his appearance on behalf of the plaintiffs Donald J. Callender and Convergence Management Associates LLC d/b/a Convergex Caribbean Ltd.

Respectfully submitted,

/s/

_____
John E. Carpenter, Esq.  #  22377
910 17th Street, N.W.  Suite 800
Washington, D.C. 20006
202-997-3377 (telephone)
202-293-3596  (facsimile)
 Jecindc1@aol.com

Attorney for plaintiffs Donald J. Callender and Convergence Management Associates LLC d/b/a Convergex Caribbean LTD.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of appearance was served electronically via e-mail on January 21, 2014 and further served via first class mail postage prepaid on January 22, 2014 to:

Curtis B. Cooper, Esq.
401 Washington Avenue  Suite  200
Towson, Maryland  21204
Curtis@curtiscooperlaw.com

/s/

_____
John E. Carpenter